| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | **VOLUNTARY PETITION** |
|---|---|
| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>**GORALSKI, EDWARD** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last 6 years (including married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>***-**-9968 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>2320 N. Nordica Ave., #412D, Chicago, IL 60635 | STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | COUNTY OF RESIDENCE OR PRINC. PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |

| LOCATION OF PRINCIPLE ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | VENUE (Check one box)<br>[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |
|---|---|

| TYPE OF DEBTOR (Check one box)<br>[ ] Individual      [ ] Corporation Publicly Held<br>[x] Joint (H&W)   [ ] Corporation Not Publicly Held<br>[ ] Partnership   [ ] Municipality<br>[ ] Other | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br>[ ] Chapter 7    [ ] Chapter 11    [x] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12    [ ] §304-Case Ancillary to Foreign Proceeding |
|---|---|
| NATURE OF DEBT (Check one box)<br>[X] Non-Business Consumer    [ ] Business – Complete A&B Below | SMALL BUSINESS (Ch. 11 only)<br>[ ] Debtor is a small business as defined in 11 U.S.C. §101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e). (optional) |
| A. TYPE OF BUSINESS (Check one box)<br>[ ] Farming         [ ] Transportation    [ ] Commodity Broker<br>[ ] Professional    [ ] Mfg./Mining       [ ] Construction<br>[ ] Retail/Wholesale [ ] Stockbroker      [ ] Real Estate<br>[ ] Railroad        [ ] Other Business | FILING FEE (Check one box)<br>[X] Filing fee attached.<br>[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1001(b); see Official Form Number 3. |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>Christine R. Piesiecki<br>Illinois Registration No. 6196644<br>9800 S. Roberts Rd., Suite 205, Palos Hills, IL 60465<br>Telephone: 708-233-6833 |
| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. §604)<br>(Estimates only)(Check applicable boxes) | NAME OF ATTORNEY DESIGNATED TO REPRESENT THE DEBTOR<br>Christine R. Piesiecki |
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors<br>[X] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | [ ] Debtor is not represented by an attorney. Telephone number of debtor not represented |

| ESTIMATED NUMBER OF CREDITORS | | | | | |
|---|---|---|---|---|---|
| [x] 1-15 | [ ] 16-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000 |

| ESTIMATED ASSETS (in thousands of dollars) | | | | | |
|---|---|---|---|---|---|
| [ ] Under 50 | [ ] 50-99 | [x] 100-499 | [ ] 500-999 | [ ] 1000-9999 | [ ] 10,99 |

| ESTIMATED LIABILITIES (in thousands of dollars) | | | | | |
|---|---|---|---|---|---|
| [ ] Under 50 | [ ] 50-99 | [x] 100-499 | [ ] 500-999 | [ ] 1000-9999 | [ ] 10,99 |

| ESTIMATED NUMBER OF EMPLOYEES – CH 11 & 12 ONLY | | | | |
|---|---|---|---|---|
| [ ] 0 | [ ] 1-19 | [ ] 20-999 | [ ] 100-999 | [ ] 1000-over |

| ESTIMATED NO. OF EQUITY SECURITY HOLDERS – CH. 11 & 12 ONLY | | | | |
|---|---|---|---|---|
| [ ] 0 | [ ] 1-19 | [ ] 20-999 | [ ] 100-999 | [ ] 1000-over |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/31/2004
Time: 14:59:03
Debtor: EDWARD GORALSKI
Case: 04-32299      Fee : 194
Chapter: 13  Rec. # : 3098697
Judge: A Benjamin Goldgar
341 mtg: 09/27/2004 @ 01:30PM
ConfHrg: 10/12/2004 @ 11:00AM
Trustee: TOM VAUGHN
```

1:04BK32299-BK001

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**GORALSKI, EDWARD** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location<br>Where Filed: No. Dist. Of IL, Eastern Division | Case Number:<br>03-06000 | Date Filed:<br>2/10/03 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature(s) of Debtor(s) (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>X *[signature]*<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone (If not represented by attorney)<br><br>8-31-04<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>If debtor is a corporation filing under chapter 11, United States Code, Specified in this petition<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Print of Type Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual by Debtor to File this Petition<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X *[signature]*<br>Signature of Attorney for Debtor<br><br>CHRISTINE R. PIESIECKI<br>Illinois Registration No. 6196644<br>9800 South Roberts Road, Suite 205<br>Palos Hills, IL 60465<br>Phone: 708-233-6833<br><br>8-31-04<br>Date | **Signature of Non-Attorney Petition Preparer**<br><br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address |
| **EXHIBIT A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>[ ] Exhibit A is attached and made part of this petition. | Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document: |
| **EXHIBIT B**<br><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X *[signature]*  8-31-04<br>Signature of Attorney for Debtor(s)    Date | If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. §110; 18 U.S.C. §156. |

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re: GORALSKI, EDWARD, Debtor(s)           Case No.        (if known)

**STATEMENT**
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection with this case — $2,500.00
   (b) prior to filing this statement, debtor(s) has paid — $ 0.00
   (c) the unpaid balance due and payable is — $ 0.00

3. $194.00 of the filing fee in this case has been paid

4. The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed.

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed.

7. The undersigned has received no transfer, assignment or pledge of property except the following for value stated:

   NO EXCEPTIONS

8. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows:

   NO EXCEPTIONS

Dated: 8-31-04                              Respectfully submitted,

                                            _____
                                            Attorney for Petitioner

CHRISTINE R. PIESIECKI
9800 South Roberts Road, Suite 205
Palos Hills, IL 60465
708-233-6833

In re: **GORALSKI, EDWARD**, Debtor(s)   Case No. _____ (if known)

# SCHEDULE A – REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence at 2320 N. Nordica, Chicago, IL | Fee Simple | | $125,000.00 | $63,900.00<br><br>Arrears<br>$8,200.00 |
| | | Total | $125,000.00 | (Report also on Summary of Schedules) |

# SCHEDULE B – PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | N | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Security Bank, Savings Account | J | $1,300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords and others | N | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Misc. Household Goods and Furnishings | J | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | Misc. Wearing Apparel | J | $ 500.00 |
| 7. Furs and jewelry. | N | | | |
| 8. Firearms and sports, photo-graphic and other hobby equipment. | N | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

# SCHEDULE B - PERSONAL PROPERTY

In re: **GORALSKI, EDWARD**, Debtor(s)     Case No. _____ (if known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | N | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | N | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | N | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | N | | | |
| 18. Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | N | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | N | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights and other intellectual property. Give particulars. | N | | | |
| 22. Licenses, franchises and other general intangibles. Give particulars. | N | | | |
| 23. Automobiles, trucks, trailers and other vehicles and accessories. | | 1993 Ford Aerostar<br>1992 Oldsmobile Delta 88<br>1994 Ford Econoline | H<br>J<br>H | $2,000.00<br>$2,000.00<br>$3,000.00 |
| 24. Boats, motors and accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings and supplies. | N | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals. | N | | | |
| 30. Crops – growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements. | N | | | |
| 32. Farm supplies, chemicals and feed. | N | | | |
| 33. Other personal property of any kind not already listed. Itemize. | N | | | |

Continuation sheets attached     (Report total also on Summary of Schedules)     **TOTAL**     **$10,800.00**

In re: **GORALSKI, EDWARD**, Debtor(s)                    Case No.                    (if known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (check one box)

[ ] 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
[X] 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence held by husband and wife as tenants by the entirety since April, 1998 | 735 ILCS 5/12-901<br>735 ILCS 15/12-112 | $7,500.00<br>100% | $125,000.00 |
| Misc. Household Goods and Furnishings | 735 ILCS 5/12-1001(a) | $ 2,000.00 | $ 2,000.00 |
| Misc. Wearing Apparel | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| First Security Bk. Savings | 735 ILCS 5/12-1001(b) | $1,300.00 | $ 1,300.00 |
| 1994 Ford Econoline | 735 ILCS 5/12-1001(b)<br>735 ILCS 5/12-1001(c) | $ 400.00<br>$ 800.00 | $ 3,000.00 |
| 1993 Ford Aerostar | 735 ILCS 5/12-1001(b)<br>735 ILCS 5/12-1001(c) | $ 300.00<br>$ 400.00 | $ 2,000.00 |

In re: GORALSKI, EDWARD, Debtor(s)     Case No. _____ (if known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

[ ] Check here if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # 0002964533<br>SPS<br>PO Box 551170<br>Jacksonville, FL 32255-1170 | | | 1st Mtg. Residence<br><br>VALUE $ $125,000.00 | | $63,900.00<br><br>Arrears $8,200.00 | |
| A/C #<br>Fisher and Fisher<br>120 N. LaSalle St., #2520<br>Chicago, IL 60602 | | | <br><br>VALUE $ | | NOTICE ONLY | |
| A/C #<br>Oakfield West Condo Assn.<br>2320 N. Nordica Ave.<br>Chicago, IL 60707 | | | Condo Assn lien<br><br>VALUE $ 124,000.00 | | $1,100.00 | |
| A/C#01-1006068<br>First Security Federal Savings Bank<br>936 N. Western Avenue<br>Chicago, IL 60622 | | | 2nd Mtg. Residence<br><br>VALUE $ | | $2,100.00 | |
| A/C# | | | <br><br>VALUE $ | | | |
| A/C# | | | <br><br>VALUE $ | | | |
| A/C# | | | <br><br>VALUE $ | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | $ | |
| | | | TOTAL (use only on last page) | | $ 67,100.00 | |

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: **GORALSKI, EDWARD**, Debtor(s)        Case No.           (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries and commissions**: Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] Certain farmers or fishermen: Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.§507(a)(5).

[ ] Deposits by individuals: Claims of individuals up to $1,800* for deposits for the purchase, lease or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ] Alimony, Maintenance or Support: Claims of a spouse, former spouse or child of the debtor for alimony, maintenance or support to the extent provided in 11 U.S.C. § 507(a)(7).

[ ] Taxes and Certain Other Debts Owed to Governmental Units: Taxes, customs duties and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998 and every three years thereafter with respect to cases commended on or after the date of adjustment

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C #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 | | | | | | |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | | | Fed. Inc. Tax<br>1997<br>1998<br>1999 | | $1,267.30<br>$2,821.28<br>$ 672.71 | |
| A/C # 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 | | | | | | |
| US Atty., No. Dist. Of IL<br>219 S. Dearborn, 5th Flr.<br>Chicago, IL 60604 | | | | | NOTICE ONLY | |
| A/C # | | | | | | |
| | | | | | | |
| A/C # | | | | | | |
| | | | | | | |
| Continuation sheets attached | | | Subtotal<br>(Total of this Page) | | | |
| | | | Total<br>(Use only on last page of completed Schedule E) | | $ 4,761.29 | |

**If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **GORALSKI, EDWARD,** Debtor(s)   Case No.   (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

[x] Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| _____ Continuation Sheets Attached | | | Subtotal (Total of this Page) | | $ |
| | | | Total → (Use only on last page of completed Schedule F) | | $ |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.
\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **GORALSKI, EDWARD,** Debtor(s)     Case No.                (if known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[ x ] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OF LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **GORALSKI, EDWARD,** Debtor(s)　　Case No.　　(if known)

# SCHEDULE H – CODEBTORS

[ X ] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS CREDITOR |
|---|---|
|  |  |