```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32299
    EDWARD GORALSKI
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-9968

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/31/2004 and was confirmed 11/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/01/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG       .00            .00            .00
SPS                       NOTICE ONLY    NOT FILED           .00            .00
OAKFIELD WEST CONDO ASSO  SECURED          263.57            .00         263.57
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE   7511.97            .00        7511.97
FIRST SECURITY FEDERAL S  SECURED         3000.00            .00        1445.61
INTERNAL REVENUE SERVICE  PRIORITY        1618.50            .00            .00
US ATTORNEYS OFFICE       NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        708.33            .00            .00
CHRISTINE R PIESIECKI     REIMBURSEMENT    194.00            .00         194.00
CHRISTINE R PIESIECKI     DEBTOR ATTY     2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                         667.85
DEBTOR REFUND             REFUND                                          167.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE          12,750.00

PRIORITY                                    194.00
SECURED                                   9,221.15
UNSECURED                                      .00
ADMINISTRATIVE                            2,500.00
TRUSTEE COMPENSATION                        667.85
DEBTOR REFUND                               167.00
                 --------------           --------------
TOTALS           12,750.00                12,750.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```